IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GERALD FISHER,

   Plaintiff,

    v.

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION
LLC a foreign limited liability
company,

   Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-2724-TWT

**ORDER**

This is an action under the Fair Credit Reporting Act. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending denying the Plaintiff's Motion for Summary Judgment [Doc. 7] and granting the Defendant's Motion to Dismiss [Doc. 11]. No objections to the Report and Recommendation have been filed. As set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff fails to allege a plausible claim for relief against the Defendant under the Fair Credit Reporting Act or RICO. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

The Plaintiff's Motion for Summary Judgment [Doc. 7] is DENIED as moot. the Defendant's Motion to Dismiss [Doc. 11] is GRANTED.

SO ORDERED, this 1 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge